

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE | § | No. 08-15-00012-CV |
| | § | |
| MARK BROWN, | § | ORIGINAL PROCEEDING |
| | § | |
| RELATOR. | § | ON PETITION FOR WRIT OF |
| | § | |
| | § | MANDAMUS |

## J U D G M E N T

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Roy Ferguson, Judge of the 394th District Court of Culberson County, Texas, and concludes Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 28TH DAY OF JANUARY, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.